## McDAVID v. STATE.
### No. 24994.

Court of Criminal Appeals of Texas.
Jan. 10, 1951.

———◆———

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of the offense of murder with malice, and the jury assessed her punishment at seven years in the penitentiary.

Appellant has filed her affidavit in this court requesting that the appeal be dismissed.

The appeal is therefore dismissed.

Opinion approved by the Court.